# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160720(79)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee,

v

ANDREW M. AUGUSTINE,
      Claimant-Appellant,
and

TAYLOR FORD, INC.,
      Appellee.
_____/

SC: 160720
COA: 344074
Wayne CC: 18-000267-AE

      On order of the Chief Justice, the motion of the Michigan League for Public Policy to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 10, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



Clerk